

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                      **Criminal Action No.**
                                      **06-MJ-390 (GHL)**

v.

**BRIAN GRIMSLEY,**

                      **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the criminal complaint, 06-MJ-390, against defendant Colin Chilbert only.

The reason(s) for this dismissal are (check one or more):

      ___ Case transferred to another District

      ___ Speedy Trial Act

      ___ Defendant's cooperation

      ___ Insufficient evidence at this time

     _X_ Other:   The defendant has successfully completed a one-year term of pre-trial diversion. He has paid restitution in full, has completed 100 hours of community service, has fully

<u>complied with all other terms and conditions of his supervision, including reporting as directed, and submitting to drug testing. All of the defendant's drug tests were negative. In addition, he both attended college and worked part time during the diversionary period. Accordingly, pursuant to a written agreement between the parties, as the defendant has successfully met all of his obligations, the Government moves to dismiss the charges contained in criminal complaint 06-MJ-390 as against defendant Grimsley.</u>

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

                                        ANDREW T. BAXTER
                                        Acting United States Attorney

                                        *[signature]*
                                        By: Lisa M. Fletcher
                                            Assistant U.S. Attorney
                                            Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

                                        *[signature]*
Dated: March _4_, 2009
       Syracuse, New York              Hon. David E. Peebles
                                       United States Magistrate Judge

2